| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| | * | SUPREME COURT |
| v. | * | OF MARYLAND |
| | * | AG No. 2 |
| LOUIS BERNARDO ANTONACCI | * | September Term, 2026 |

ORDER

In its petition for disciplinary or remdial action, the Attorney Grievance Commission alleges that Respondent, Louis Bernardo Antonacci, was suspended from the practice of law in the Commonwelath of Virginia for a year and two days for violations of Virginia Rules of Professional Conduct 1.9 and 3.1. Based upon the suspension in Virginia, the District of Columbia Court of Appeals imposed corresponding discipline on the respondent. Pursuant to Rule 19-737(d), the Commission requested that Respondent be immediately suspended from the practice of law.

Upon consideration of the petition for disciplinary or remedial action and the request for immediate suspension and upon consideration of Respondent's response to the Court's order to show cause, it is this 27th day of May 2026, by the Supreme Court of Maryland,

ORDERED that, pursuant to Rule 19-737(d), Respondent, Louis Bernardo Antonacci, is immediately suspended from the practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall send notice of this Order in accordance with Maryland Rule 19-761.



　　　/s/ Matthew J. Fader　
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk